JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JUCHA,<br>          Plaintiff,<br><br>          v.<br><br>KENNETH J. BRAITHWAITE,<br>          Defendant. | CASE NO. CV 20-11438 DSF (JPRx)<br><br>JUDGMENT |

    The "Proof of Service" submitted to the Court was inadequate, mail sent to the address provided by Plaintiff has been returned as undeliverable, and Plaintiff failed to respond or show a reason why this action should not be dismissed in its entirety for the failure of plaintiff to serve pursuant to Fed. R. Civ. P. 4(m),

    IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: April 22, 2021

                                                  Dale S. Fischer<br>                                                  United States District Judge